UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  ) CASE NO: 11-41155-659  Chapter 13
    MARK ALAN PATTERSON )
 ) Trustee's Objection to Confirmation
    MELINDA J PATTERSON )
 ) Original confirmation hearing
    Debtor(s) ) set for Mar 31, 2011 11:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Per schedules I and J, monthly expenses exceed monthly income such that debtor is not able to make plan payments. 11 U.S.C. Section 1325(a)(6). If debtor does make plan payments, schedules I and J must be significantly incorrect and should be amended.
2. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
Schedule F lists 14 debts with $0 balances, but claims have been filed for some of these debts and the AB Credit Union debt scheduled for $33,517 was filed as $235,476. It is not clear if Debtors are below 109(e) debt limits.
3. A. Trustee requires a copy of the settlement with Business Bank regarding the corporate debt. B. Schedule I incorrectly lists second mortgage debt payment as income.
C. Re #1 above, with the Schedule I error adjusted, montly expenses exceed monthly income by $582, not including plan payment.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                                             /s/ John V. LaBarge, Jr.
DSD-351                                        --------------------------------
                                                      John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on April 7, 2011     : St. Louis, MO 63143   (314) 781-8100
                                                      trust33@ch13stl.com   Fax:(314) 781-8881

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

MARK ALAN & MELINDA J PATTERSON
18746 BONHOMME CREEK ROAD
CHESTERFIELD MO  63005