UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 11-41155-659   Chapter 13 |
| | ) | |
| MARK ALAN PATTERSON | ) | Re: Objection to Claim 23-1 filed by |
| | ) | RESIDENTIAL CREDIT SOLUTIONS |
| MELINDA J PATTERSON | ) | Acct: 0354 |
| Debtor(s) | ) | Amount: $1,092,996.33 |
| | ) | Response Due: May 31, 2011 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 23-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:

The claim of RESIDENTIAL CREDIT SOLUTIONS dated May 06, 2011 SHOULD BE DENIED AS FILED BECAUSE THERE IS NO EVIDENCE CLAIMANT IS THE HOLDER OF THE NOTE.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of May 10, 2011           .

```
                                          /s/ John V. LaBarge, Jr.
HEAGLER LAW FIRM                          John V LaBarge Jr
6302 N ROSEBURY                           Chapter 13 Trustee   trust33@ch13st1.com
STE 1W                                JS  P.O. Box 430908
CLAYTON MO                                St. Louis, MO 63143
                63105                     (314) 781-8100  Fax:(314) 781-8881

M & M PATTERSON
18746 BONHOMME CREEK ROAD
                                      JS
CHESTERFIELD MO
                63005

RESIDENTIAL CREDIT SOLUTIONS
4282 N FREEWAY
                                      JS
FORT WORTH TX           76137                    JS -159
```